## MAY v. THE STATE.

111a 840,
113 1040
111 849
Case 1
125 784

LITTLE, J.   Even if the evidence was sufficient to show that the defendant committed the larceny with which she stood charged, a new trial should nevertheless have been granted, because no proof was made of the value of the article alleged to have been stolen, nor of the time at which the larceny was committed.

Judgment reversed.   All the Justices concurring, except Fish, J., absent.

Submitted May 21, — Decided June 4, 1900.

Indictment for larceny from the house.   Before Judge Sparks.   City court of Brunswick.   February term, 1900.

*Max Isaac*, for plaintiff in error.

*John W. Bennett*, solicitor-general, and *J. T. Colson*, contra.

---

## MONTGOMERY v. WALTON et al., trustees.

LUMPKIN, P. J.   1. The trustees of a church are not, as such, liable for the price of lumber sold and delivered to the pastor on his individual account, when in making the purchase he neither acted as agent of the trustees nor had authority to do so ; and this is so though the lumber was, with their knowledge, used in improving the property of the church.
2. Under the facts appearing the court was right in granting a nonsuit.

Judgment affirmed.   All concurring, except Fish, J., absent.

Submitted May 18,—Decided June 4, 1900.

Complaint on account.   Before J. H. Martin, judge pro hac vice.   Marion superior court.   October term, 1899.

*W. B. Short* and *Simeon Blue*, for plaintiff.

*Shipp & Sheppard*, for defendants.